UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL INSURANCE COMPANY OF AMERICA, *as subrogee of its insured Brent Newby*,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 1:21-cv-01306-BAK (EPG)<br><br>ORDER RE: JOINT STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 20). |

On September 22, 2022, the parties filed a stipulation to amend the scheduling order. (ECF No. 20). The parties represent that they have completed the disclosure of expert opinions and are scheduling depositions of expert witnesses. (Id. at 2). Further, the parties have agreed to submit the matter to mediation. (Id.) The mediation is scheduled for October 25, 2022. (Id.) The parties seek an extension in order to focus on the pending mediation. (Id.) According to the parties, extending the deadline to file pre-trial motions to December 9, 2022, will not affect any other trial or pretrial deadlines set by the Court as the proposed date is also the deadline for the filing of dispositive motions. (Id.)

\\\

\\\

1 | Based on the parties' stipulation (ECF No. 20), IT IS ORDERED, that the deadline for the parties to file and serve pre-trial motions is extended from October 12, 2022, to December 9, 2022.

IT IS SO ORDERED.

Dated:   **September 26, 2022**         /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2